**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS STUMPF,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>INTERNATIONAL GAME FISH ASSOCIATION,<br><br>　　　　Defendant(s). | Case No.　CV-19-03759-R-MRW<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　　Due to an absence of a proper proof of timely service of the summons and complaint, Plaintiff was ordered to show cause in writing by not later than June 28, 2019 why this action should not be dismissed for lack of prosecution. On June 28, 2019, Plaintiff submitted a document in response to the Court's Order to Show Cause. (DE 18). Plaintiff's response, however, fails to show good cause as to why this case should not be dismissed.

　　　WHEREAS, the period has elapsed without proper proof of timely service of the complaint and summons;

　　　The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 13, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE